UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REED BARRUS,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:24-cv-00027-MMD-CLB<br><br>ORDER |

Reed Barrus has submitted a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 1-1.) The Court directed Barrus to either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis*. (ECF No. 5.) *See* 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. That order was electronically served on Barrus at his address of record. (ECF No. 5.) The order was returned as undeliverable with the notation that Barrus was paroled. (ECF No. 6.) Barrus has failed to file a notice of change of address, as required by the Local Rules, so the Court will dismiss the petition without prejudice. *See* LR IA 3-1.

It is therefore ordered that the Clerk of Court will detach and electronically file the petition (ECF No. 1-1).

It is further ordered that the petition is dismissed without prejudice as set forth in this order.

It is further ordered that a certificate of appealability will not issue.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED This 18th Day of March 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE